IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01860-ZLW

RONALD L. FUGETT,

    Plaintiff,

v.

SUZANNE JUNGCLAUS,
ERIC HOLZWARTH, and
JEANNENE E. MILLER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Plaintiff's "Motion for Summary Judgment" and "Motion for Court to Order Defendants to Produce Evidence, 'Disposition of Charge'" filed on January 9, 2006, are DENIED because this action was dismissed by order filed on January 6, 2006.

Dated: January 11, 2006

---

Copies of this Minute Order mailed on January 11, 2006, to the following:

Ronald Fugett
Prisoner No. 62254
Arkansas Valley Corr. Facility
PO Box 1000 – Unit 4
Crowley, CO 81034

_____
Secretary/Deputy Clerk